

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/21
```

Littler Mendelson, P.C.
375 Woodcliff Drive
Suite 2D
Fairport, NY

Jacqueline Phipps Polito
585.203.3413 direct
585.203.3400 main
585.486.1774 fax
jpolito@littler.com

June 4, 2021

**VIA CM/ECF**

Hon. Alison J. Nathan, United States District Judge
United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

6/4/21

*[Signature]*
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

On consent, the initial pretrial conference is hereby adjourned to September 3, 2021 at 3:00 p.m. The request for an extension to respond to the Complaint is GRANTED. Defendant shall respond by August 9, 2021.
SO ORDERED.

Re:   *Campbell, et al. v. Lifetime Athletic Fitness, Inc.*
      Case no. 7:20-cv-09512-AJN

Dear Hon. Nathan:

I represent Defendant in the above-entitled action. With the agreement of Plaintiffs, we jointly seek to adjourn the Initial Pretrial Conference currently scheduled for June 11, 2021. The Parties seek the adjournment because Defendant has not served an answer to date. This is the parties' first request for an adjournment.

We also write with the consent of Plaintiffs to seek a 60-day extension of Defendant's time to file a responsive pleading, from June 10, 2021 up to and including August 9, 2021. The parties are requesting this extension of time to continue to explore settlement negotiations and consent to arbitration. This is the parties fourth request for an extension of time.

Thank you for your anticipated professional courtesy.

Sincerely,

Littler Mendelson, P.C.

*[Signature]*

Jacqueline Phipps Polito

cc:   Daniel Casados, Esq. (via electronic mail)
      G. Oliver Koppell, Esq. (via electronic mail)

4836-4940-1837

littler.com